UNITED STATES of America,
Plaintiff–Appellee,

v.

Jevon Anthony WARD, Defendant–Appellant.

No. 15–6596.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Sept. 2, 2015.

Jevon Anthony Ward, Appellant Pro Se. Shailika S. Kotiya, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jevon Anthony Ward appeals the district court's order denying his self-styled "Motion for Court to Request that the United States Attorney Consider Exercising [its] Discretion by Withdrawing Additional 18 U.S.C. § 924(c) of Movant's Conviction." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Ward,* No. 5:02–cr–00034–BO–1 (E.D.N.C. Mar. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*